Order Form (01/2005)

# United States District Court, Northern District of Illinois

LS

| Name of Assigned Judge or Magistrate Judge | Jeffrey Cole | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 11 CR 611 | **DATE** | 9/9/2011 |
| **CASE TITLE** | USA vs. BASSAM YACOUB SALMAN | | |

**DOCKET ENTRY TEXT**

Thomas Breen appears as counsel for defendant. Removal proceedings held. Defendant waives identity hearing; the Court finds that the defendant Bassam Yacoub Salman is the person named in the arrest warrant. Order defendant removed to the Northern District of California. Defendant is to appear before Magistrate Judge Jacqueline Scott Corley at the U.S. District Court, 450 Golden Gate Ave, 15th FLoor, San Francisco, California on September 19, 2011 at 9:00 a.m.

00:10

| | Courtroom Deputy Initials: | JS |
|---|---|---|